3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AMELIA YANEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-093 |
| | § | |
| LEVI STRAUSS &. CO., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S LIST OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's Order Setting Conference, Defendant Levi Strauss & Co. respectfully submits this List of Financially Interested Parties to the Court.

1. The Court's Order Setting Conference provides that counsel shall file with the clerk withing fifteen days from receipt of this order a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations.

2. Defendant Levi Strauss & Co. and Plaintiff Amelia Yanez have financial interest in the outcome of this litigation.

3. Defendant is not aware of any other entities, including parent, subsidiary, and affiliated corporations that are financially interested in this litigation.

Dated: June 30 2000.

Respectfully submitted,

_____
Mario A. Barrera
Attorney-in-Charge
State Bar No. 01805915
Southern Dist. No. 2238
Amber Alonso
State Bar No. 00793254
Southern Dist. No. 22103
BRACEWELL & PATTERSON, L.L.P.
800 One Alamo Center
106 South St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

ATTORNEYS FOR DEFENDANT
LEVI STRAUSS & CO.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing DEFENDANT'S LIST OF FINANCIALLY INTERESTED PARTIES was sent by certified mail-return receipt requested to counsel for Plaintiff, Aaron Peña, Jr., Aaron Peña & Associates, 1110 South Closner, Edinburg, Texas 78539 on this the 30th day of June, 2000.

_____
Mario A. Barrera

520879.1