IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMELIA YANEZ | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-093 |
| | * | |
| | * | |
| LEVI STRAUSS & CO. | * | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Aaron Peña, Jr., Attorney for Plaintiff AMELIA YANEZ, in the above-styled and numbered cause and files this Motion for Leave to Appear Pro Hac Vice and would respectfully show the Court the following:

I.

This case is a workers' compensation retaliation lawsuit. Plaintiff has retained counsel in that he is experienced in the preparation and prosecution of this type of case.

II.

Plaintiff's counsel is duly licensed to practice law by the Supreme Court of Texas and is a member in good standing of the State Bar of Texas. Neither Plaintiff's counsel, Aaron Pena, Jr., nor his associates are currently licensed in Federal Court. In that Plaintiff wishes to continue her representation by and through attorney, Aaron Peña, Jr. and his associates, Plaintiff would respectfully request that this motion be granted.

1

## III.

The granting of this motion will not prejudice the rights of the Plaintiff.

Respectfully submitted,

AARON PEÑA & ASSOCIATES
1110 South Closner
Edinburg, Texas 78539
(956) 383-5555   *Telephone*
(956) 381-0001   *Telefax*

BY: _____
*AARON PEÑA, JR.*
STATE BAR NO. 15739010
*MICHAEL PRUNEDA*
STATE BAR NO. 24025601

**ATTORNEYS FOR PLAINTIFf**

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above has this day been delivered to the following attorney of record:

Mr. Mario A. Barrera  *CMRRR*
BRACEWELL & PATTERSON   7099 3220 0003 3678 3079
800 One Alamo Center
106 South St. Mary's Street
San Antonio, Texas  78205

ATTORNEYS FOR DEFENDANT

SIGNED this 10th day of July, 2000.

_____
*AARON PEÑA, JR.*
*MICHAEL PRUNEDA*