

United States District Court
Southern District of Texas
FILED

JUL 27 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMELIA YANEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-093 |
| | § | |
| LEVI STRAUSS &. CO., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES Levi Strauss & Co., Defendant in the above-numbered and styled cause and files this its Advisory to the Court, and in support thereof shows the following:

I.

Plaintiff filed her Motion to Remand and Motion for Sanctions on Monday, July 7, 2000.

II.

Defendant sent its Response to Plaintiff's Motion to Remand and Motion for Sanctions to the Court, via Federal Express, on Saturday, July 22, 2000. Defendant's Response to Plaintiff's Motion to Remand and Motion for Sanctions was filed on Tuesday, July 25, 2000.

III.

Plaintiff filed her Amended Motion to Remand and Motion for Sanctions on Friday, July 21, 2000, however Defendant did not receive a copy until Monday, July 24, 2000. The additional points raised by Plaintiff in her Amended Motion were addressed by Defendant in its Response

to Plaintiff's Original Motion to Remand and Motion for Sanctions. Therefore, Defendant will not be filing a Response to Plaintiff's Amended Motion to Remand and Motion for Sanctions.

WHEREFORE, Defendant prays that this court take Notice of this Advisory and that this court deny Plaintiff's Motion to Remand and for Sanctions and Amended Motion to Remand and for Sanctions and for all other and further relief to which it may show itself to be justly entitled.

Dated: July 26, 2000

Respectfully submitted,

_____ by permission of Attorney-in-charge Mario Barrera
Mario A. Barrera
Attorney-in-Charge
State Bar No. 01805915
Southern Dist. No. 2238
Amber Alonso
State Bar No. 00793254
Southern Dist. No. 22103
BRACEWELL & PATTERSON, L.L.P.
800 One Alamo Center
106 South St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

ATTORNEYS FOR DEFENDANT
LEVI STRAUSS & CO.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Advisory to the Court was sent by certified mail return-receipt requested to Plaintiff's Counsel, Aaron Peña, Jr., Aaron Peña & Associates, 1110 South Closner, Edinburg, Texas 78539 on the 26th day of July, 2000.

_____ by permission of Attorney-in-charge Mario Barrera
Mario A. Barrera

523487.2