IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMELIA YANEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-93 |
| | § | |
| LEVI STRAUSS & CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REMAND

BE IT REMEMBERED that on August 2, 2000, the Court considered all pending motions in this case, Civil Action No. B-00-93. Pending before the Court are Plaintiff's motion to remand and motion for sanctions (Dkt. Nos. 4-1 & 4-2); Plaintiff's motion for Aaron Pena and Miguel Pruneda to appear *pro hac vice* (Dkt. No. 5); and Plaintiff's amended motion to remand and motion for sanctions (Dkt. No. 5-1 & 5-2).

1.  Plaintiff's motion for Aaron Pena and Miguel Pruneda to appear *pro hac vice* (Dkt. No. 5) is GRANTED.

2.  Plaintiff's motion to remand and motion for sanctions (Dkt. Nos. 4-1 & 4-2) are MOOT in light of her amended motions.

3.  Plaintiff's amended motion to remand (Dkt. No. 5-1) is GRANTED. The Court finds *Trevino v. Ramos*, 197 F.3d 777 (5th Cir. 1999) controlling on this issue. Defendant is unconvincing in its attempt to convert Plaintiff's §451.001 claim into a claim involving an interpretation of the Collective Bargaining Agreement. This case is REMANDED to the 357th District Court of Cameron County.

4.  Plaintiff's amended motion for sanctions (Dkt. No. 5-2) is DENIED. Defendant had a legitimate, though strained, legal argument on which to base its notice of removal. Moreover, considering that Plaintiff refused to appear at numerous

1

noticed depositions over the course of two and a half years, Plaintiff cannot say the notice of removal delayed this case to a significant degree or caused her any injustice. The parties will bear their own costs.

5.  The parties are hereby ORDERED not to file any further motions, including motions to reconsider and the like.

DONE at Brownsville, Texas, this ____ day of August 2000.

_____
Hilda G. Tagle
United States District Judge